**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**DARRELL JAMES DeBREW,**

    **Plaintiff,**

        **v.**

**Mr. ATWOOD,** *et al.*,

    **Respondents.**

**Civil Action No. 10-0650 (JDB)**

**MEMORANDUM OPINION**

The Court previously revoked plaintiff's *in forma pauperis* status pursuant to 28 U.S.C. § 1915(g). *DeBrew v. Atwood*, No. 10-0650, 2010 WL 5055821, at *2 (D.D.C. Dec. 6, 2010). The Court stayed all proceedings in this action for a 45-day period within which plaintiff was ordered to pay the filing fee in full to the Clerk of Court. Plaintiff was warned that, if he failed to make the payment timely, this action would be dismissed. To date, plaintiff neither has paid the filing fee nor has requested more time to do so.

Accordingly, the Court will lift the stay, deny plaintiff's pending motion [Dkt. #4], and dismiss this civil action without prejudice. An Order is issued separately.

                                                 /s/
                                  JOHN D. BATES

DATE: January 28, 2011               United States District Judge